IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *In re Syngenta AG MIR 162 Corn Litigation* | MDL No. 2591<br><br>Case No. 14-md-2591-JWL-JPO |
| This Document Relates To:<br>*Munson Bros. Farm, et al. v. Syngenta Corp., et al.*, No. 14-cv-7806 (N.D. Ill.) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, the Plaintiffs Munson Brothers Farm, Daryl Sondgeroth, Matthew Sondgeroth, and Union Line Farms, Inc. (collectively, the "Munson Brothers Plaintiffs") in the above-captioned action filed their original complaint against Defendants Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc. ("Defendants") on October 6, 2014. *See* Class Action Compl. for Damages and Inj. Relief, ECF No. 1, *Munson Bros. Farm, et al. v. Syngenta Corp., et al.*, Case No. 14-cv-7806 (N.D. Ill.).

WHEREAS, the Judicial Panel on Multidistrict Litigation subsequently transferred the above-captioned matter to this Court on December 11, 2014. *See* Transfer Order, ECF No. 193, MDL No. 2591.

WHEREAS, prior to the Transfer Order, Defendants were served with process and filed an answer in the above-captioned action. *See* Def. Syngenta Seeds, Inc.'s Ans. and Defenses to Pls.' Compl, ECF No. 25 (N.D. Ill. filed Dec. 3, 2014).

IT IS HEREBY STIPULATED AND AGREED by and between the Munson Brothers Plaintiffs, the Defendants, and their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).

Dated: April 30, 2015

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Michael D. Jones* | */s/ James J. Pizzirusso* |
| Michael D. Jones<br>Kirkland & Ellis - DC<br>655 15th Street, NW, Suite 1200<br>Washington, DC 20005<br>202-879-5000<br>Fax: 202-879-5200<br>Email: mjones@kirkland.com | James J. Pizzirusso<br>Richard S. Lewis<br>HAUSFELD LLP<br>1700 K St. N.W. Suite 650<br>Washington, D.C. 20006<br>Tel: 202-540-7200<br>Fax: 202-540-7201<br>jpizzirusso@hausfeldllp.com<br>rlewis@hausfeldllp.com |
| */s/ Thomas P. Schult* | */s/ Adam J. Levitt* |
| Thomas P. Schult<br>Berkowitz Oliver Williams Shaw & Eisenbrandt, LLP - KCMO<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>816-561-7007 ext 239<br>Fax: 816-561-1888<br>Email: tschult@berkowitzoliver.com | Adam J. Levitt<br>Edmund S. Aronowitz<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 2350<br>Chicago, Illinois 60602<br>Tel: 312-214-0000<br>alevitt@gelaw.com<br>earonowitz@gelaw.com |
| *Counsel for Defendants Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, Inc.* | *Counsel for Plaintiffs Munson Brothers Farm, Daryl Sondgeroth, Matthew Sondgeroth, and Union Line Farms, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filings system upon the parties of record.

*/s/ Edmund S. Aronowitz*
Edmund S. Aronowitz
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: 312-214-0000
earonowitz@gelaw.com